UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSTERHAUS PHARMACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP INC., *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-01944-RSL <br><br> ORDER DENYING MOTION TO SEAL |

This matter comes before the Court on "Plaintiff's Motion to File Portions of its Class Action Complaint Under Seal." Dkt. # 2. Plaintiff seeks to seal references to information in defendants' contracts on the grounds that the contracts incorporate defendants' Provider Manual and defendants deem the Provider Manual proprietary and confidential. The motion was filed at the outset of the case, but noted into the future to allow defendants an opportunity to appear and respond before it would be considered. Defendants have waived service and appeared, but they did not respond to the motion.

"There is a strong presumption of public access to the court's files," and, absent a showing that the public's right of access is outweighed by the interests of the public and/or the parties in shielding the material from public view, a seal is not appropriate. LCR 5(g).

ORDER DENYING MOTION TO SEAL - 1

A party's unilateral assertion that a document is proprietary and confidential does not, in and of itself, justify a seal under LCR 5(g)(2). Neither plaintiff nor the Court believe that disclosure of the redacted information would place defendants at a competitive disadvantage or that the information should otherwise be shielded from public view. Defendants have not met their burden of showing that legitimate private or public interests warrant a seal, that injury that would result from public disclosure, or that the public's right of access should give way. A seal is not warranted, and plaintiff's motion is DENIED.

Because the motion was filed before defendants appeared in this case, the Court will hold this order in abeyance for seven days. If defendants believe a seal is necessary, they shall file a motion to seal on or before March 29, 2024. If a motion is not filed by that date, Dkt. # 4 will be unsealed.

Dated this 22nd day of March, 2024.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO SEAL - 2