1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7   OSTERHAUS PHARMACY, INC., on behalf of
    itself and all others similarly situated,

                                                    NO. 2:23-cv-01944-RSL

8
                        Plaintiff,                  **SECOND STIPULATION TO AMEND CASE
9                                                   DEADLINES**
10          v.

11  UNITEDHEALTH GROUP INCORPORATED;
    OPTUM, INC.; OPTUMRX, INC.; OPTUMRX
12  HOLDINGS, LLC,

13                      Defendants.

14

15          The parties are continuing to discuss a potential dispute resolution process that could

16  eliminate the need for motions practice and Court decisions on certain issues, and respectfully

17  seek additional time to continue to explore this process. Accordingly, the parties agree to

18  extend the following deadlines:

19          1.      Defendants' deadline to answer, move, or otherwise respond to the Complaint is

20  May 8, 2024.

21          2.      Plaintiff's opposition to Defendants' responsive pleading is due June 24, 2024.

22          3.      Defendants' reply is due July 15, 2024.

23          4.      The deadline for the parties to hold the FRCP 26(f) Conference is July 22, 2024.

24          5.      The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is

25  July 29, 2024.

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.      The deadline for parties to file the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) is August 5, 2024.

STIPULATED TO AND DATED this 4th day of April, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA #29147
Email: asteiner@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Joshua Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
BERGER MONTAGUE P.C.
505 Montgomery St, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684

John Roberti, *Admitted Pro Hac Vice*
Email: jroberti@cohengresser.com
Melissa Maxman, *Admitted Pro Hac Vice*
Email: mmaxman@cohengresser.com
Derek Jackson, *Admitted Pro Hac Vice*
Email: djackson@cohengresser.com
Alisa Lu, *Admitted Pro Hac Vice*
Email: alu@cohengresser.com
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Telephone: (202) 851-2070

*Attorneys for Plaintiff*

BRADLEY BERNSTEIN SANDS LLP

By: /s/ Heidi B. Bradley, WSBA #35759
Heidi B. Bradley, WSBA #35759
Email: hbradley@bradleybernstein.com
2800 First Avenue, Suite 326
Seattle, Washington 98121
Telephone: (206) 712-6622

Darin M. Sands, WSBA #35865
Email: dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Avenue, Suite 201
Portland, Oregon 97201
Telephone: (503) 734-2480

Geoffrey M. Sigler, *Pro Hac Vice Pending*
Email: gsigler@gibsondunn.com
Christopher M. Wilson,
*Admitted Pro Hac Vice*
Email: cwilson@gibsondunn.com
GIBSON DUNN
1050 Connecticut Avenue, N.W.
Washington, DC 20063
Telephone: (202) 887-3752

*Attorneys for Defendants*

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

## ORDER

2      IT IS SO ORDERED.

3

4      Dated this 4th day of April, 2024.

5

6                                        *Robert S. Lasnik*
                                         Robert S. Lasnik
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND STIPULATION TO AMEND CASE DEADLINES - 3
Case No. 2:23-cv-01944-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com