THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSTERHAUS PHARMACY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED; OPTUM, INC.; OPTUMRX, INC.; OPTUMRX HOLDINGS, LLC,<br><br>Defendants. | NO. 2:23-cv-01944-RSL<br><br>**SIXTH STIPULATION TO AMEND CASE DEADLINES** |

The parties are continuing to discuss a potential dispute resolution process that could eliminate the need for motions practice and Court decisions on certain issues, and respectfully seek additional time to continue to explore this process. Accordingly, the parties agree to extend the following deadlines:

1.  Defendants' deadline to answer, move, or otherwise respond to the Complaint is September 23, 2024.

2.  Plaintiff's opposition to Defendants' responsive pleading is due November 7, 2024.

3.  Defendants' reply is due December 4, 2024.

4.  The deadline for the parties to hold the FRCP 26(f) Conference is December 6, 2024.

5.  The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is

SIXTH STIPULATION TO AMEND CASE DEADLINES - 1
Case No. 2:23-cv-01944-RSL

1  December 13, 2024.

2       6.    The deadline for parties to file the Combined Joint Status Report and Discovery

3  Plan as Required by FRCP 26(f) and LCR 26(f) is December 20, 2024.

4       STIPULATED TO AND DATED this 4th day of September, 2024.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | BRADLEY BERNSTEIN SANDS LLP |
| By: /s/ Blythe H. Chandler | By: /s/ Heidi S. Bradley |
| Beth E. Terrell, WSBA #26759 | Heidi B. Bradley, WSBA #35759 |
| Email: bterrell@terrellmarshall.com | Email: hbradley@bradleybernstein.com |
| Amanda M. Steiner, WSBA #29147 | BRADLEY BERNSTEIN SANDS LLP |
| Email: asteiner@terrellmarshall.com | 2800 First Avenue, Suite 326 |
| Blythe H. Chandler, WSBA #43387 | Seattle, Washington 98121 |
| Email: bchandler@terrellmarshall.com | Telephone: (206) 712-6622 |
| 936 N. 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Darin M. Sands, WSBA #35865 |
| Telephone: (206) 816-6603 | Email: dsands@bradleybernstein.com |
| Facsimile: (206) 319-5450 | 1425 SW 20th Avenue, Suite 201 |
| | Portland, Oregon 97201 |
| Joshua Davis, *Admitted Pro Hac Vice* | Telephone: (503) 734-2480 |
| Email: jdavis@bm.net | |
| Julie Pollock, *Admitted Pro Hac Vice* | Geoffrey M. Sigler, *Pro Hac Vice Pending* |
| Email: jpollock@bm.net | Email: gsigler@gibsondunn.com |
| BERGER MONTAGUE P.C. | GIBSON, DUNN & CRUTCHER LLP |
| 505 Montgomery St, Suite 625 | 1050 Connecticut Avenue, N.W. |
| San Francisco, CA 94111 | Washington, DC 20063 |
| Telephone: (415) 906-0684 | Telephone: (202) 887-3752 |
| | Facsimile: (202) 530-9635 |
| John Roberti, *Admitted Pro Hac Vice* | |
| Email: jroberti@cohengresser.com | *Attorneys for Defendants* |
| Melissa Maxman, *Admitted Pro Hac Vice* | |
| Email: mmaxman@cohengresser.com | |
| Derek Jackson, *Admitted Pro Hac Vice* | |
| Email: djackson@cohengresser.com | |
| Alisa Lu, *Admitted Pro Hac Vice* | |
| Email: alu@cohengresser.com | |
| COHEN & GRESSER LLP | |
| 2001 Pennsylvania Ave, NW, Suite 300 | |
| Washington, DC 20006 | |
| Telephone: (202) 851-2070 | |
| | |
| *Attorneys for Plaintiff* | |

SIXTH STIPULATION TO AMEND CASE DEADLINES - 2
Case No. 2:23-cv-01944-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

DATED this  5th  day of _____September_____, 2024.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

SIXTH STIPULATION TO AMEND CASE DEADLINES - 3
Case No. 2:23-cv-01944-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com