1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7
8

OSTERHAUS PHARMACY, INC., on behalf of
itself and all others similarly situated,

NO. 2:23-cv-01944-RSL

9
10

Plaintiff,

**SEVENTH STIPULATION AND ORDER TO
AMEND CASE DEADLINES**

11
12
13

v.

UNITEDHEALTH GROUP INCORPORATED;
OPTUM, INC.; OPTUMRX, INC.; OPTUMRX
HOLDINGS, LLC,

14

Defendants.

15
16
17
18

        The parties are continuing to discuss a potential dispute resolution process that could

eliminate the need for motions practice and Court decisions on certain issues, and respectfully

seek additional time to continue to explore this process. Accordingly, the parties agree to

extend the following deadlines:

19
20

        1.        Defendants' deadline to answer, move, or otherwise respond to the Complaint is

October 7, 2024.

21
22
23

        2.        Plaintiff's opposition to Defendants' responsive pleading is due November 21,

2024.

24

        3.        Defendants' reply is due December 18, 2024.

25
26

        4.        The deadline for the parties to hold the FRCP 26(f) Conference is December 20,

2024.

27

        5.        The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is

SEVENTH STIPULATION AND ORDER TO AMEND CASE
DEADLINES - 1
Case No. 2:23-cv-01944-RSL

1    January 8, 2025.

2         6.      The deadline for parties to file the Combined Joint Status Report and Discovery

3    Plan as Required by FRCP 26(f) and LCR 26(f) is January 15, 2025.

4

5         STIPULATED TO AND DATED this 19th day of September, 2024.

6    TERRELL MARSHALL LAW GROUP PLLC          BRADLEY BERNSTEIN SANDS LLP

7    By: */s/ Blythe H. Chandler*                By: */s/ Heidi S. Bradley*
8    Beth E. Terrell, WSBA #26759             Heidi B. Bradley, WSBA #35759
     Email: bterrell@terrellmarshall.com      Email: hbradley@bradleybernstein.com
9    Amanda M. Steiner, WSBA #29147          BRADLEY BERNSTEIN SANDS LLP
     Email: asteiner@terrellmarshall.com      2800 First Avenue, Suite 326
10   Blythe H. Chandler, WSBA #43387         Seattle, Washington 98121
     Email: bchandler@terrellmarshall.com     Telephone: (206) 712-6622
11   936 N. 34th Street, Suite 300
12   Seattle, Washington 98103
     Telephone: (206) 816-6603               Darin M. Sands, WSBA #35865
13                                            Email: dsands@bradleybernstein.com
14   Joshua Davis, *Admitted Pro Hac Vice*      1425 SW 20th Avenue, Suite 201
     Email: jdavis@bm.net                    Portland, Oregon 97201
15   Julie Pollock, *Admitted Pro Hac Vice*     Telephone: (503) 734-2480
     Email: jpollock@bm.net
16   BERGER MONTAGUE P.C.                     Geoffrey M. Sigler, *Pro Hac Vice Pending*
17   505 Montgomery St, Suite 625            Email: gsigler@gibsondunn.com
     San Francisco, CA 94111                 GIBSON, DUNN & CRUTCHER LLP
18   Telephone: (415) 906-0684               1050 Connecticut Avenue, N.W.
                                              Washington, DC 20063
19   John Roberti, *Admitted Pro Hac Vice*      Telephone: (202) 887-3752
     Email: jroberti@cohengresser.com         Facsimile: (202) 530-9635
20   Melissa Maxman, *Admitted Pro Hac Vice*
     Email: mmaxman@cohengresser.com
21   Derek Jackson, *Admitted Pro Hac Vice*     *Attorneys for Defendants*
     Email: djackson@cohengresser.com
22   Alisa Lu, *Admitted Pro Hac Vice*
     Email: alu@cohengresser.com
23   COHEN & GRESSER LLP
24   2001 Pennsylvania Ave, NW, Suite 300
     Washington, DC 20006
25   Telephone: (202) 851-2070
26
27   *Attorneys for Plaintiff*

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**ORDER**

2 IT IS SO ORDERED.

3

4 Dated this 19th day of September, 2024.

5

6

7 Robert S. Lasnik
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SEVENTH STIPULATION AND ORDER TO AMEND CASE
DEADLINES - 3
Case No. 2:23-cv-01944-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com