1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7
8

OSTERHAUS PHARMACY, INC., on behalf of
itself and all others similarly situated,

NO. 2:23-cv-01944-RSL

9

Plaintiff,

**EIGHTH STIPULATION TO AMEND CASE
DEADLINES**

10
11

v.

12
13

UNITEDHEALTH GROUP INCORPORATED;
OPTUM, INC.; OPTUMRX, INC.; OPTUMRX
HOLDINGS, LLC,

14

Defendants.

15
16
17
18

The parties are continuing to discuss a potential dispute resolution process that could
eliminate the need for motions practice and Court decisions on certain issues, and respectfully
seek additional time to continue to explore this process. Accordingly, the parties agree to
extend the following deadlines:

19
20

1.      Defendants' deadline to answer, move, or otherwise respond to the Complaint is
November 6, 2024.

21
22

2.      Plaintiff's opposition to Defendants' responsive pleading is due December 23,
2024.

23

3.      Defendants' reply is due January 17, 2025.

24
25

4.      The deadline for the parties to hold the FRCP 26(f) Conference is January 20,
2025.

26
27

5.      The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is

EIGHTH STIPULATION TO AMEND CASE DEADLINES - 1
Case No. 2:23-cv-01944-RSL

1  February 7, 2025.

2      6.      The deadline for parties to file the Combined Joint Status Report and Discovery

3  Plan as Required by FRCP 26(f) and LCR 26(f) is February 14, 2025.

4      STIPULATED TO AND DATED this 3rd day of October, 2024.

5

TERRELL MARSHALL LAW GROUP PLLC                    BRADLEY BERNSTEIN SANDS LLP

6

By: */s/Blythe H. Chandler*                          By: */s/ Heidi S. Bradley*

7  Beth E. Terrell, WSBA #26759                       Heidi B. Bradley, WSBA #35759
   Email: bterrell@terrellmarshall.com               Email: hbradley@bradleybernstein.com

8  Amanda M. Steiner, WSBA #29147                    2800 First Avenue, Suite 326
   Email: asteiner@terrellmarshall.com               Seattle, Washington 98121

9  Blythe H. Chandler, WSBA #43387                   Telephone: (206) 712-6622
   Email: bchandler@terrellmarshall.com

10 936 N. 34th Street, Suite 300                     Darin M. Sands, WSBA #35865
   Seattle, Washington 98103                          Email: dsands@bradleybernstein.com

11 Telephone: (206) 816-6603                         1425 SW 20th Avenue, Suite 201
                                                      Portland, Oregon 97201

12                                                    Telephone: (503) 734-2480

13 Joshua Davis, *Admitted Pro Hac Vice*
   Email: jdavis@bm.net

14 Julie Pollock, *Admitted Pro Hac Vice*            Geoffrey M. Sigler, *Pro Hac Vice Pending*
   Email: jpollock@bm.net                             Email: gsigler@gibsondunn.com

15 BERGER MONTAGUE P.C.                              GIBSON, DUNN & CRUTCHER LLP
   505 Montgomery St, Suite 625                       1050 Connecticut Avenue, N.W.

16 San Francisco, CA 94111                           Washington, DC 20063
   Telephone: (415) 906-0684                          Telephone: (202) 887-3752

17                                                    Facsimile: (202) 530-9635

18 John Roberti, *Admitted Pro Hac Vice*
   Email: jroberti@cohengresser.com                   *Attorneys for Defendants*

19 Melissa Maxman, *Admitted Pro Hac Vice*
   Email: mmaxman@cohengresser.com

20 Derek Jackson, *Admitted Pro Hac Vice*
   Email: djackson@cohengresser.com

21 Alisa Lu, *Admitted Pro Hac Vice*
   Email: alu@cohengresser.com

22 COHEN & GRESSER LLP

23 2001 Pennsylvania Ave, NW, Suite 300
   Washington, DC 20006

24 Telephone: (202) 851-2070

25

26 *Attorneys for Plaintiff*

27

1

**ORDER**

2

IT IS SO ORDERED.

3

4

Dated this 3rd day of October, 2024.

5

6

Robert S. Lasnik
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

EIGHTH STIPULATION TO AMEND CASE DEADLINES - 3
Case No. 2:23-cv-01944-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com