UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSTERHAUS PHARMACY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED; OPTUM, INC.; OPTUMRX, INC.; OPTUMRX HOLDINGS, LLC,<br><br>Defendants. | NO. 2:23-cv-01944-RSL<br><br>**NINTH STIPULATION TO AMEND CASE DEADLINES** |

The parties are continuing to discuss a potential dispute resolution process that could eliminate the need for motions practice and Court decisions on certain issues, and respectfully seek additional time to continue to explore this process. Accordingly, the parties agree to extend the following deadlines:

1. Defendants' deadline to answer, move, or otherwise respond to the Complaint is December 6, 2024.

2. Plaintiff's opposition to Defendants' responsive pleading is due January 20, 2025.

3. Defendants' reply is due February 10, 2025.

4. The deadline for the parties to hold the FRCP 26(f) Conference is February 19, 2025.

5. The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is March 5, 2025.

NINTH STIPULATION TO AMEND CASE DEADLINES - 1
Case No. 2:23-cv-01944-RSL

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. The deadline for parties to file the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) is March 12, 2025.

STIPULATED TO AND DATED this 5th day of November, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | BRADLEY BERNSTEIN SANDS LLP |
|---|---|
| By: */s/ Blythe H. Chandler* <br> Beth E. Terrell, WSBA #26759 <br> Email: bterrell@terrellmarshall.com <br> Amanda M. Steiner, WSBA #29147 <br> Email: asteiner@terrellmarshall.com <br> Blythe H. Chandler, WSBA #43387 <br> Email: bchandler@terrellmarshall.com <br> 936 N. 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br><br> Joshua Davis, *Admitted Pro Hac Vice* <br> Email: jdavis@bm.net <br> Julie Pollock, *Admitted Pro Hac Vice* <br> Email: jpollock@bm.net <br> BERGER MONTAGUE P.C. <br> 505 Montgomery St, Suite 625 <br> San Francisco, CA 94111 <br> Telephone: (415) 906-0684 <br><br> John Roberti, *Admitted Pro Hac Vice* <br> Email: jroberti@cohengresser.com <br> Melissa Maxman, *Admitted Pro Hac Vice* <br> Email: mmaxman@cohengresser.com <br> Derek Jackson, *Admitted Pro Hac Vice* <br> Email: djackson@cohengresser.com <br> Alisa Lu, *Admitted Pro Hac Vice* <br> Email: alu@cohengresser.com <br> COHEN & GRESSER LLP <br> 2001 Pennsylvania Ave, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 851-2070 <br><br> *Attorneys for Plaintiff* | By: */s/ Heidi S. Bradley* <br> Heidi B. Bradley, WSBA #35759 <br> Email: hbradley@bradleybernstein.com <br> BRADLEY BERNSTEIN SANDS LLP <br> 2800 First Avenue, Suite 326 <br> Seattle, Washington 98121 <br> Telephone: (206) 712-6622 <br><br> Darin M. Sands, WSBA #35865 <br> Email: dsands@bradleybernstein.com <br> 1425 SW 20th Avenue, Suite 201 <br> Portland, Oregon 97201 <br> Telephone: (503) 734-2480 <br><br> Geoffrey M. Sigler, *Pro Hac Vice Pending* <br> Email: gsigler@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20063 <br> Telephone: (202) 887-3752 <br> Facsimile: (202) 530-9635 <br><br> *Attorneys for Defendants* |

NINTH STIPULATION TO AMEND CASE DEADLINES - 2
Case No. 2:23-cv-01944-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of November, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

NINTH STIPULATION TO AMEND CASE DEADLINES - 3
Case No. 2:23-cv-01944-RSL