UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSTERHAUS PHARMACY, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITEDHEALTH GROUP INCORPORATED; OPTUM, INC.; OPTUMRX, INC.; OPTUMRX HOLDINGS, LLC,<br><br>                    Defendants. | NO. 2:23-cv-01944-RSL<br><br>**TENTH STIPULATION TO AMEND CASE DEADLINES** |

The parties are continuing to discuss a potential dispute resolution process that could eliminate the need for motions practice and Court decisions on certain issues, and respectfully seek additional time to continue to explore this process. Accordingly, the parties agree to extend the following deadlines:

1.      Defendants' deadline to answer, move, or otherwise respond to the Complaint is January 8, 2025.

2.      Plaintiff's opposition to Defendants' responsive pleading is due February 24, 2025.

3.      Defendants' reply is due March 17, 2025.

4.      The deadline for the parties to hold the FRCP 26(f) Conference is March 24, 2025.

5.      The deadline for parties to serve Initial Disclosures Pursuant to FRCP 26(a)(1) is

TENTH STIPULATION TO AMEND CASE DEADLINES - 1
Case No. 2:23-cv-01944-RSL

1  April 7, 2025.

2      6.    The deadline for parties to file the Combined Joint Status Report and Discovery

3  Plan as Required by FRCP 26(f) and LCR 26(f) is April 14, 2025.

4      STIPULATED TO AND DATED this 4th day of December, 2024.

5  TERRELL MARSHALL LAW GROUP PLLC          BRADLEY BERNSTEIN SANDS LLP

6  By: */s/ Blythe H. Chandler*                By: */s/ Heidi S. Bradley*
   Beth E. Terrell, WSBA #26759              Heidi B. Bradley, WSBA #35759
7  Email: bterrell@terrellmarshall.com       Email: hbradley@bradleybernstein.com
   Amanda M. Steiner, WSBA #29147            BRADLEY BERNSTEIN SANDS LLP
8  Email: asteiner@terrellmarshall.com       2800 First Avenue, Suite 326
   Blythe H. Chandler, WSBA #43387           Seattle, Washington 98121
9  Email: bchandler@terrellmarshall.com      Telephone: (206) 712-6622
   936 N. 34th Street, Suite 300
10 Seattle, Washington 98103
   Telephone: (206) 816-6603                 Darin M. Sands, WSBA #35865
11                                           Email: dsands@bradleybernstein.com
                                             1425 SW 20th Avenue, Suite 201
12 Joshua Davis, *Admitted Pro Hac Vice*     Portland, Oregon 97201
   Email: jdavis@bm.net                      Telephone: (503) 734-2480
13 Julie Pollock, *Admitted Pro Hac Vice*
   Email: jpollock@bm.net
14 BERGER MONTAGUE P.C.                       Geoffrey M. Sigler, *Pro Hac Vice Pending*
   505 Montgomery St, Suite 625              Email: gsigler@gibsondunn.com
15 San Francisco, CA 94111                    GIBSON, DUNN & CRUTCHER LLP
   Telephone: (415) 906-0684                 1050 Connecticut Avenue, N.W.
16                                           Washington, DC 20063
17                                           Telephone: (202) 887-3752
   John Roberti, *Admitted Pro Hac Vice*     Facsimile: (202) 530-9635
18 Email: jroberti@cohengresser.com
   Melissa Maxman, *Admitted Pro Hac Vice*
19 Email: mmaxman@cohengresser.com          *Attorneys for Defendants*
   Derek Jackson, *Admitted Pro Hac Vice*
20 Email: djackson@cohengresser.com
   Alisa Lu, *Admitted Pro Hac Vice*
21 Email: alu@cohengresser.com
   COHEN & GRESSER LLP
22 2001 Pennsylvania Ave, NW, Suite 300
   Washington, DC 20006
23 Telephone: (202) 851-2070

24
25 *Attorneys for Plaintiff*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1                                                **ORDER**

2       IT IS SO ORDERED.

3

4       DATED this 4th day of December, 2024

5

6                                                _MM S Lasnik_

7                                                ROBERT S. LASNIK
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com