1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

8

9

10

11

OSTERHAUS PHARMACY, INC., CAMMACK'S
PHARMACIES INC., DBA JIM'S PHARMACY
AND HOME HEALTH, HARBOR DRUG COR.,
INC., VALU DRUGS INC., and MEDFORD
PHARMACY GROUP LLC DBA WEST MAIN
PHARMACY, on behalf of themselves and all
others similarly situated,

NO. 2:23-cv-01944-RSL

**STIPULATION TO ESTABLISH
RESPONSIVE BRIEFING SCHEDULE**

12

          Plaintiff,

13

     v.

14

15

16

UNITEDHEALTH GROUP INCORPORATED;
OPTUM, INC.; OPTUMRX, INC.; OPTUMRX
HOLDINGS, LLC,

          Defendants.

17

18

19

20

21

          Pursuant to the Court's Order granting the parties' Stipulated Motion to Set Deadlines
for the Filing of Plaintiff's First Amended Complaint (ECF 50), the parties hereby submit this
joint stipulation regarding the deadline for Defendants' to answer, move, or otherwise respond
to the First Amended Complaint.

22

23

24

25

26

27

          WHEREAS, Defendants intend to move to compel the Plaintiffs' claims to arbitration;

          WHEREAS, the parties agree that it would serve judicial efficiency to resolve Defendants'
Motion to Compel before considering any other motions which may be responsive to the
Complaint ("Other Responsive Motions") – including but not limited to a motion to transfer
under 28 U.S.C. § 1404 and a motion to dismiss under Federal Rule of Civil Procedure 12(b).

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    NOW, THEREFORE, the parties hereby stipulate and as follows:

2    1.    Defendants' deadline to file their motion to compel arbitration shall be extended

3    through April 25, 2025.

4    2.    Plaintiffs' deadline to file their Opposition to Defendants' motion to compel

5    arbitration shall be extended through June 9, 2025.

6    3.    Defendants' deadline to file their Reply in Further Support of their Motion to

7    Compel shall be extended through June 30, 2025.

8    4.    Defendants reserve, and nothing in this stipulation or the filing of Defendants'

9    motion to compel arbitration shall waive Defendants' right to file any Other Responsive

10   Motions.

11   5.    Defendants' obligation to answer, move or otherwise respond to the Amended

12   Complaint is otherwise stayed until 30 days after the Court resolves Defendants' Motion to

13   Compel Arbitration, including any appeal.

14   6.    Within 10 days after the Court resolves Defendants' Motion to Compel

15   Arbitration, including any appeal, the parties will meet and confer to propose a schedule for

16   Rule 26(a)(1) disclosures and a deadline for filing a Combined Joint Status Report and Discovery

17   Plan as Required by 26(f) and LCR 26(f).

18   STIPULATED TO AND DATED this 25th day of February, 2025.

19

20   TERRELL MARSHALL LAW GROUP PLLC          BRADLEY BERNSTEIN SANDS LLP

21   By: /s/ Blythe H. Chandler, WSBA #43387          By: /s/ Heidi S. Bradley, WSBA #35759
     Beth E. Terrell, WSBA #26759                       Heidi B. Bradley, WSBA #35759
22   Email: bterrell@terrellmarshall.com                Email: hbradley@bradleybernstein.com
     Amanda M. Steiner, WSBA #29147                     BRADLEY BERNSTEIN SANDS LLP
23   Email: asteiner@terrellmarshall.com                2800 First Avenue, Suite 326
     Blythe H. Chandler, WSBA #43387                    Seattle, Washington 98121
24   Email: bchandler@terrellmarshall.com               Telephone: (206) 712-6622
     936 N. 34th Street, Suite 300
25   Seattle, Washington 98103
     Telephone: (206) 816-6603
26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Joshua Davis, *Admitted Pro Hac Vice*
Email: jdavis@bm.net
Julie Pollock, *Admitted Pro Hac Vice*
Email: jpollock@bm.net
BERGER MONTAGUE P.C.
505 Montgomery St, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684

John Roberti, *Admitted Pro Hac Vice*
Email: jroberti@zaigerllc.com
ZAIGER LINDEN ROBERTI LLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 978-2375

*Attorneys for Plaintiffs*

Darin M. Sands, WSBA #35865
Email: dsands@bradleybernstein.com
1425 SW 20th Avenue, Suite 201
Portland, Oregon 97201
Telephone: (503) 734-2480

Geoffrey M. Sigler, *Pro Hac Vice Pending*
Email: gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20063
Telephone: (202) 887-3752
Facsimile: (202) 530-9635

*Attorneys for Defendants*

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**ORDER**

2    IT IS SO ORDERED.

3    DATED this 25th day of February, 2025.

4

5    *MW S Lasnik*

6    ROBERT S. LASNIK
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO ESTABLISH RESPONSIVE BRIEFING SCHEDULE - 4
Case No. 2:23-cv-01944-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com